IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUVEPHARMA EOOD, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 18-914-RGA |
| | : |
| E.I. DU PONT DE NEMOURS AND COMPANY, et al., | : |
| | : |
| Defendants. | : |

### ORDER

WHEREAS, the above-captioned case was stayed on August 21, 2019, due to proceedings that are presently pending before the United States Patent Trial and Appeal Board "PTAB" (D.I. 89);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the "IPR" proceedings have been resolved so that this case may be reopened and other appropriate action may be taken.

August 21, 2019
DATE

UNITED STATES DISTRICT JUDGE