IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUVEPHARMA EOOD and HUVEPHARMA, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, DUPONT INDUSTRIAL BIOSCIENCES USA, LLC, DANISCO USA, INC. and DANISCO US, INC. <br><br> Defendants/Counterclaim Plaintiffs. | CIVIL ACTION NO. 18-914-RGA |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated August 21, 2019 (D.I. 90), the parties, by and through their undersigned counsel, submit this Joint Status Report.

By way of background, Plaintiffs Huvepharma EOOD and Huvepharma, Inc. ("Plaintiffs") filed an amended complaint against Defendants E. I. Du Pont de Nemours and Company, DuPont Industrial Biosciences USA, LLC, Danisco USA, Inc. and Danisco US, Inc. (collectively "Defendants") asserting U.S. Patent Nos. 7,026,150; 7,312,063; and 8,455,232 (collectively "Patents-in-Suit") (D.I. 23).  On July 25, 2019, the United States Patent Trial and Appeal Board ("PTAB") instituted *Inter Partes* Review ("IPR") proceedings against each of the Patents-in-Suit, *Associated British Foods PLC v. Cornell Research Foundation, Inc.*, IPR2019-00578, IPR2019-00580, and IPR2019-00581 ("IPR proceedings").  On August 21, 2019, the Court granted Defendants' motion to stay this proceeding pending the IPR proceedings (D.I. 89), and issued an

order administratively closing the case and requesting that the parties promptly notify the Court when the IPR proceedings have been resolved (D.I. 90).

The parties report that on July 23, 2020, the PTAB issued final written decisions finding all of the claims asserted against Defendants in this proceeding unpatentable ("PTAB decisions"). Plaintiffs represent that Cornell Research Foundation, Inc. plans to appeal the PTAB Decisions. Accordingly, the parties agree that the Court's Order staying this proceeding should remain in place until after the time for any appeal of the PTAB decisions has run, or if an appeal is filed, until the appeal is resolved, at which time the parties shall promptly notify the Court to address the stay.

Dated: August 13, 2020

| BAYARD, P.A. | BALLARD SPAHR LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Brittany M. Giusini* |
| Stephen B. Brauerman (No. 4952) | Beth Moskow-Schnoll (No. 2900) |
| 600 N. King Street, Suite 400 | Brittany M. Giusini (No. 6034) |
| P.O. Box 25130 | Brian S.S. Auerbach (No. 6532) |
| Wilmington, DE 19899 | 919 N. Market Street, 11th Floor |
| Tel.: (302) 655-500 | Wilmington, DE 19801-3034 |
| Fax: (302) 658-6395 | Tel: (302) 252-4465 |
| sbrauerman@bayardlaw.com | Fax: (302) 252-4466 |
| sbussiere@bayardlaw.com | moskowb@ballardspahr.com |
|  | giusinib@ballardspahr.com |
| OF COUNSEL: |  |
|  | OF COUNSEL: |
| Ajit Vaidya |  |
| Richard E. Parke | Robert R. Baron, Jr. |
| Ken Sheets | Marc S. Segal |
| KENEALY VAIDYA LLP | Ballard Spahr LLP |
| 3000 K. Street, NW | 1735 Market Street, 51st Floor |
| Suite 200 | Philadelphia, PA 19103 |
| Washington, DC 20007 | (215) 665-8500 |
| (202) 748-5902 | baron@ballardspahr.com |
|  | segalm@ballardspahr.com |
| *Attorneys for Plaintiffs* |  |

Alan White
999 Peachtree Street, Suite 1000
Atlanta, GA 30309
(678) 420-9300
whiteda@ballardspahr.com

*Attorneys for Defendants*